IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JUSTIN S. ASHLEY, | |
| Plaintiff, | CIVIL ACTION NO.: 6:15-cv-53 |
| v. | |
| RONNIE SHUMAKE; CARLTON MURPHY; and CALO WATKINS, | |
| Defendants. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 16), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants in their official capacities are **DISMISSED**. Plaintiff's individual capacities claims remain pending.

**SO ORDERED**, this ____ day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA