IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JUSTIN S. ASHLEY,

    Plaintiff,

v.

RONNIE SHUEMAKE, CARLTON MURPHY, and CALO WATKINS,

    Defendants.

CV 615-053

## ORDER

Currently before the Court is the parties' stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 55.) This case is therefore **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** this case. The parties will bear their own costs and fees.

**ORDER ENTERED** at Augusta, Georgia this 12th day of May, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA